McDONALD, State Com'r of Agriculture, et al. v. AMERICAN FRUIT GROWERS, Inc., et al.

No. 24143.

Supreme Court of Texas.

April 26, 1939.

BANKERS LIFE & LOAN ASS'N v. JAYROE.

No. 1773—7268.

Commission of Appeals of Texas, Section B.

April 26, 1939.

Gerald C. Mann, Atty. Gen., Dick Stout, Asst. Atty. Gen., McDaniel & Catlett, of McAllen, and Cameron & Hardin, of Edinburg, for plaintiffs in error.

Seabury, Taylor & Wagner, of Brownsville, Strickland, Ewers & Wilkins and Hill, Greer & Franki, all of Mission, and Luther Hughes, of Weslaco, for defendants in error.

PER CURIAM.

The application for writ of error in this case is "Dismissed W. O. J.—Correct Judgment." We are in accord with the holding of the Court of Civil Appeals to the effect that the statutes involved, and referred to by the Court of Civil Appeals, do not authorize the Commissioner of Agriculture to fix minimum prices for citrus fruits. We express no opinion as to the power of the Legislature to confer such authority on the Commissioner. It is not necessary in this case to decide that question.

Sullivan & Wilson, of Dallas, for plaintiff in error.

Estes & Estes, of Granbury, for defendant in error.

TAYLOR, Commissioner.

Bankers Life & Loan Association, plaintiff in error here, issued to Mrs. Ada M. Jayroe, a policy of insurance for $500. J. R. Jayroe, her husband, defendant in error, was named beneficiary. After Mrs. Jayroe's death he filed this suit against the association seeking recovery of the face amount of the policy, the statutory 12% penalty and attorney's fees. Judgment was awarded Jayroe as prayed. Upon appeal the Court of Civil Appeals affirmed the judgment. 103 S.W.2d 388.

Upon trial of the case it was shown that Mrs. Jayroe died within a year after the